**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendant Richland
Holdings, Inc. d/b/a AcctCorp
of Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HOLLAND,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada corporation,<br><br>Defendant. | Case No.: 2:19-cv-00894-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RICHLAND HOLDINGS, INC., DBA ACCTCORP OF SOUTHERN NEVADA, TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Christopher Holland ("Holland"), by and through his counsel of record, the law firm of Cogburn Law Offices, hereby stipulate and agree as follows:

1. On May 2, 2019, Holland filed his Complaint in the Justice Court of Las Vegas Township, County of Clark, State of Nevada.

2. The Complaint and Summons were served upon AcctCorp on May 7, 2019.

3. On May 28, 2019, AcctCorp filed a Notice of Removal [ECF No. 1].

4. AcctCorp's response to the Complaint is currently due on June 4, 2019.

/ / /

/ / /

Page 1 of 2

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

5. The parties have agreed to extend the deadline for AcctCorp to respond to the complaint to June 25, 2019, to provide AcctCorp's counsel additional time to investigate the underlying facts.

IT IS SO STIPULATED.

| Dated this 4th day of June, 2019. | Dated this 4th day of June, 2019. |
|---|---|
| MARQUIS AURBACH COFFING | COBURN LAW OFFICES |
| /s/ Jared M. Moser | /s/ Erik W. Fox |
| By: Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>tcoffing@maclaw.com<br>cclement@maclaw.com<br>jmoser@maclaw.com<br>*Attorneys for Richland Holdings, Inc., dba AcctCorp of Southern Nevada* | By: James S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2850 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>jsc@cogburnlaw.com<br>efox@cogburnlaw.com<br>*Attorneys for Plaintiff Chris Holland* |

## **ORDER**

Based on the forgoing stipulation and for good cause appearing,

**IT IS SO ORDERED** that AcctCorp's deadline to respond to the complaint is extended to June 25, 2019.

Dated this 6th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE