COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HOLLAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation,<br><br>Defendant. | Case Number<br>2:19-cv-00894-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Christopher Holland ("Plaintiff") and Defendant, Richland Holdings, Inc., d/b/a AcctCorp of Southern Nevada ("AcctCorp"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against

. . .

. . .

. . .

. . .

. . .

AcctCorp in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 26th day of June, 2019.                                    Dated this 26th day of June, 2019.

COGBURN LAW                                                                      MARQUIS AURBACH COFFING

By: */s/Erik W. Fox*                                                                  By: */s/Jared M. Moser*
    Jamie S. Cogburn, Esq.                                                    Chad F. Clement, Esq.
    Nevada Bar No. 8409                                                       Nevada Bar No. 12192
    Erik W. Fox, Esq.                                                                Jared M. Moser, Esq.
    Nevada Bar No. 8804                                                       Nevada Bar No. 13003
    2580 St. Rose Parkway, Suite 330                             10001 Park Run Drive
    Henderson, Nevada 89074                                           Las Vegas, Nevada 89145
    *Attorneys for Plaintiff*                                                       *Attorneys for Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada*

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

July 2, 2019
_____
DATE